IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GEORGE RUBRIGHT, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:10-CV-00046 |
| | ) JURY DEMANDED |
| GREAT AMERICAN INSURANCE COMPANY, | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

The parties having jointly announced to the Court that all matters here in controversy between them have been compromised and settled outside of Court and that the parties, for valuable consideration, have executed a Settlement Agreement,

It is therefore, ORDERED, ADJUDGED, AND DECREED by the Court that this cause be, and the same hereby is, dismissed with full prejudice to the Plaintiff.

It is further ORDERED that the costs are taxed to the Defendant, for which execution may issue, if necessary.

ENTER this 8th day of November, 2010.

_____
JUDGE