UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

George W. Rubright                )
                                  )
                                  )  Case No.: 2:10cv46
v.                                )  Judge Haynes
                                  )
Great American Insurance Company  )
                                  )

### ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on November 10, 2010.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk